# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:22-cv-00854-CMA-GPG

DENY CASTILLO ARROYO,
Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CHACON SHEEP COMPANY, LLC,
STUDT FARMS, LLC,
JENNIFER STUDT and
WARD STUDT,

    Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Deny Castillo Arroyo, through his counsel, dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and agreement of the parties.

Respectfully submitted this 5th day of July 2022.

                                              **s/Jenifer C. Rodriguez**
                                              _____

                                              Jenifer C. Rodriguez, Esq.
                                              Migrant Farm Worker Division
                                              Colorado Legal Services
                                              1905 Sherman Street, Suite 400
                                              Denver, CO 80203
                                              Tel. (303) 866-9366
                                              Fax (303) 863-8589
                                              jrodriguez@colegalserv.org

                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 5, 2022, I filed a true and correct copy of the foregoing NOTICE OF DISMISSAL WITH PREJUDICE with the Court via CM/ECF and emailed a copy to counsel for Defendants at the following address:

Cynthia Coleman
Range Law
600 Grant Street #650
Denver, CO 80203
cindycoleman@range.law

*Attorney for Defendants*

                   *s/ Jenifer Rodriguez*
                   Jenifer Rodriguez